Bessie C. Clark, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Amy G. Rochester, Respondent, v. Helene Clarke Chase, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of the Mayor, Aldermen and Commonalty of the City of New York, Relative to Acquiring Title to the Lands, etc., Required for the Opening of Walton Avenue, etc., from One Hundred and Sixty-seventh Street to Tremont Avenue, in the Twenty-third and Twenty-fourth Wards, Borough of the Bronx, City of New York. The City of New York, Appellant; Elizabeth A. Higgins, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Voluntary Dissolution of the Rateau Sales Company. Thomas W. Stephens and Charles B. Ludwig, Composing the Firm of T. W. Stephens & Company and Signono C. Munoz, Appellants; Leonce Battu and Others, Petitioners, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Voluntary Dissolution of the Rateau Sales Company. Leonce Battu and Others, Petitioners, Appellants; Thomas W. Stephens and Charles B. Ludwig, Composing the Firm of T. W. Stephens & Company, and Signono C. Munoz, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Donalena Hopkins, Appellant, v. Harry A. Hopkins, Respondent.— Order affirmed. No opinion.

Charles M. Ward and Others, as Administrators, etc., of Charles H. Ward, Deceased, Appellants, v. Maria E. G. McK. Ward, and Caroline C. Ward, Individually and as Administratrix, etc., of William G. Ward, Deceased, Respondents, Impleaded with Mary M. Ward.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Judicial Settlement of the Account and Proceedings of John C. R. Eckerson and Others, as Trustees under the Last Will and Testament of Joseph H. Snyder, Deceased. Margaret Ann Snyder, Appellant; John C. R. Eckerson, as Trustee under the Last Will and Testament of Joseph H. Snyder, Deceased, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Pauline McLellan, Appellant, v. George B. McLellan, Respondent.— Order affirmed. No opinion. (Dowling, J., dissenting.)

Pauline McLellan, Appellant, v. George B. McLellan, Respondent.— Order affirmed. No opinion. (Dowling, J., dissenting.)

Clint C. McClarty, Appellant, Respondent, v. Eugene L. Giroux, Respondent, Appellant, Impleaded with Giroux Consolidated Mines Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph William Bastide, Respondent, v. E. R. Holden & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Angelica Bendix, Respondent, v. Max Bendix, Appellant.— Order